UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN M. WILLIAMS and SAMUEL R. MURPHY, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>WIX.COM, INC.,<br><br>       Defendant. | Case No: 4:17-cv-00434-DW |

**NOTICE OF DISMISSAL**

Plaintiffs Ryan M. Williams and Samuel R. Murphy hereby dismiss their individual claims in this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs' uncertified, putative class claims are hereby dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: November 16, 2017

Respectfully submitted,

/s/ Bill Kenney
William C. Kenney Mo. Bar No. 63001
BILL KENNEY LAW FIRM, LLC
1101 Walnut Street, Suite 102
Kansas City, MO 64106
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: *bkenney@billkenneylaw.com*

Ari N. Rodopoulos    Mo. Bar No. 58777
WOOD LAW FIRM, LLC
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
Telephone: (816) 256-3582
Facsimile: (816) 337-4243
Email: *ari@woodlaw.com*

Gene P. Graham, Jr.   Mo. Bar No. 34950
WHITE, GRAHAM, BUCKLEY & CARR, LLC
19049 East Valley View Parkway, Ste. C
Independence, MO 64055
Telephone: (816) 373-9080
Facsimile: (816) 373-9319
Email: *ggraham@wagblaw.com*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2017, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

 /s/ Bill Kenney
William C. Kenney
*Attorneys for Plaintiffs*