IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RYAN M. WILLIAMS, and SAMUEL R. MURPHY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WIX.COM, INC.,<br><br>    Defendant. | Case No. 17-CV-00434-W-DW |

## ORDER

Pursuant to Plaintiffs' Notice of Dismissal (Doc. 50), it is hereby ORDERED that Plaintiffs' individual claims are DISMISSED WITH PREJUDICE, and Plaintiffs' uncertified putative class claims are DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Date: November 29, 2017                            /s/ Dean Whipple
                                                                            Dean Whipple
                                                             United States District Judge